# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2021

Bridget M. McCormack,
Chief Justice

163058(51)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

VICKI SWANZY, Personal Representative
of the ESTATE OF JOHN SWANZY,
   Plaintiff-Appellee,

v

SC: 163058
COA: 351649
Kent CC: 18-008023-NH

EDWARD J. KRYSHAK, M.D.,
   Defendant,
and

SPECTRUM HEALTH PRIMARY CARE
PARTNERS, doing business as SPECTRUM
HEALTH MEDICAL GROUP,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 9, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2021



Clerk